UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21818-CIV-SEITZ/WHITE

GARY LEE SHIELDS,

    Plaintiff,

v.

MAJOR PAEPLOW, et al.,

    Defendants.
_____/

## ORDER AFFIRMING PRELIMINARY REPORT OF MAGISTRATE JUDGE

THIS MATTER is before the Court upon the Preliminary Report of Magistrate Judge issued by the Honorable Patrick A. White [DE-7]. In the Report, Magistrate Judge White recommends that Plaintiff's § 1983 claims against Defendants Johnson, Renfro, Tucker and Lewis proceed and that the claims against Defendant Paeplow be dismissed. Having carefully reviewed, *de novo*, Magistrate Judge White's Report and the record, and noting that no objections to the Report have been filed, it is hereby

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-7] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order.

(2) This case SHALL PROCEED against Defendants Johnson, Renfro, Tucker and Lewis.

(3) This case is DISMISSED as to Defendant Paeplow.

DONE AND ORDERED in Miami, Florida, this _11_ day of September, 2009.

                                                PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge Patrick A. White
        All Counsel of Record/*Pro Se* Parties