UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21818-CIV-SEITZ/WHITE

GARY LEE SHIELDS,

      **Plaintiff,**

v.

MAJOR PAEPLOW, *et al.*,

      **Defendants.**

_____/

### ORDER AFFIRMING MAGISTRATE REPORT AND CLOSING CASE

THIS MATTER is before the Court upon the Report of Magistrate Judge [DE-54] issued by the Honorable Patrick A. White, United States Magistrate Judge. Plaintiff's complaint alleges that Defendants Paeplow, Johnson, Renfro, Tucker, and Lewis violated Plaintiff's constitutional right to be free of cruel and unusual punishment. Defendant Paeplow was previously dismissed and Defendants Tucker and Lewis have never been served. In the Report, Magistrate Judge White recommends that summary judgment be granted on Plaintiff's remaining claims under 42 U.S.C. § 1983. More specifically, the Magistrate Judge recommends that Defendants Tucker and Lewis be dismissed because Plaintiff failed to perfect service on said Defendants;[1] that summary judgment be granted as to Defendants Renfro and Johnson because Plaintiff failed to exhaust his administrative remedies prior to filing this action and because Plaintiff has not shown that Renfro and Johnson were deliberately indifferent; to the extent that Renfro and Johnson were sued in their official capacity that summary judgment be granted because Plaintiff's action is barred by the doctrine of sovereign immunity; and to the extent that Renfro and Johnson were sued in the individual capacity that summary judgment be granted based on qualified immunity. Plaintiff has not filed objections to the

---

[1] Defendants Lewis and Tucker were previously dismissed from this case by an order of the Magistrate Judge dated March 29, 2010.

Report; nor did he file a response to the Motion for Summary Judgment. Having carefully reviewed, *de novo*, Magistrate Judge White's thorough Report and the record, it is hereby

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-7] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Defendants Renfro and Johnson's Motion for Final Summary Judgment [DE-49] is GRANTED;

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT;

(4) The Court will enter a separate judgment; and

(5) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 23rd day of December, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record/*Pro se party*